# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JENKINS,<br><br>       Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant. | Case No. 2:25-cv-03051-DJC-SCR<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE TO APRIL 8, 2026**<br><br>Current Date: March 3, 2026<br>Proposed Date: April 8, 2026 |

**[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

**IT IS HEREBY ORDERED**

1.      The Settlement Conference currently scheduled for March 3, 2026 at 9:30 a.m. shall be rescheduled to April 8, 2026 at 10:00 a.m.

2.   The Confidential Settlement Statement is due no later than April 1, 2026.

Date: February 20, 2026

_____

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action.  I am employed in San Francisco County, California.  My business address is Three Embarcadero Center Suite 800, San Francisco, CA 94111.  On February 20, 2026, I served on the interested parties to this action a true and correct copy of the following document(s), and any attachments and exhibits thereto, described as:

**[Proposed] ORDER TO CONTINUE SETTLEMENT CONFERENCE**

☒ **BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL:**  Pursuant to the parties' agreement and/or the Court's order regarding electronic service, I electronically served the following persons at the electronic service addresses listed below.  My electronic service address is Celeste.Ruan@troutman.com

| | |
|---|---|
| Jonathan Jenkins<br>87 Mosswood Drive<br>Suisun City, California 94585 | Telephone: (925) 260-8063<br>Email: jzacjenk@gmail.com<br><br>Pro Se Plaintiff |

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made.  Executed on February 20, 2026, at San Francisco, California.

_/s/ Celeste Ruan_
Celeste Ruan

**[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**