

# United States District Court
# Eastern District of California

JONATHAN JENKINS

 Plaintiff(s)

 V.

EXPERIAN INFORMATION SOLUTIONS, INC.

 Defendant(s)

Case Number: 2:25-cv-03051-DJC-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

 Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Lauren E. Lacey _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Experian Information Solutions, Inc. _____

On December 15, 1999 _____ (date), I was admitted to practice and presently in good standing in the

State Bar of Maryland _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: February 17, 2026 _____      Signature of Applicant: /s/  Lauren E. Lacey _____

                                                                                    Lauren E. Lacey

**Pro Hac Vice Attorney**

Applicant's Name:             Lauren E. Lacey

Law Firm Name:               Troutman Pepper Locke LLP

Address:                     401 9th Street NW, Suite 1000


City:                        Washington            State: DC       Zip: 20004

Phone Number w/Area Code: (202) 274-2950

City and State of Residence:  Maryland

Primary E-mail Address:      Lauren.Lacey@troutman.com

Secondary E-mail Address:


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:


Local Counsel's Name:        Heather C. Smith

Law Firm Name:

Address:                     Three Embarcadero Center, Suite 800


City:                        San Francisco         State: CA       Zip: 94111

Phone Number w/Area Code: 415.477.5700                      Bar # SBN 357018


## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 6, 2026

JUDGE, U.S. DISTRICT COURT